ZELENKO, Respondent, v. SCHACHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Aaron Zelenko against Pincus Schacher. No opinion. Appeal dismissed,. with costs, and order signed.

———

ZENNER, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charles H. Zenner against Mary M. Ward. No opinion. Judgment and order unanimously affirmed, with costs.

ZEREGA, Respondent, v. STOCK QUOTATION TELEGRAPH CO., Appellant. (Supreme Court,· Appellate Division, First Department. March 12, 1909.) Action by John A. Zerega against the Stock Quotation Telegraph Company. R. Taggart, for appellant. J. N. Hayes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

DITTMAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1909.) Action by Frederick Dittman against the City of New York. No opinion. Motion denied, with leave to renew as stated in memorandum. Order filed. See, also, 58 Misc. Rep. 52, 110 N. Y. Supp. 40.